IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2011 JUL -7 P 1:57
US DISTRICT COURT
HARTFORD CT

Sonja Hahnel
Plaintiff,

V.

SHECHTMAN HALPERIN SAVAGE, LLP, et al.
Defendants,

GMAC, INC)
Co-Defendant
ALLY FINANCIAL, INC)
Co-Defendant

Case No: 3:11 CV 00825 (CFD)

Trial By Jury Demanded

July 6, 2011

## MOTION TO WITHDRAW MOTION FOR ENTRY OF DEFAULT JUDGMENT UNDER RULE 55(b) FILED JULY 6, 2011

Plaintiff hereby withdraws her Motion for Entry of Default Judgment filed pursuant to FRCP Rule 55(b) against Co-Defendants, GMAC, INC and ALLY FINANCIAL, INC on July 6, 2011. Plaintiff has been contacted by counsel for these Co-Defendants and understands from counsel that there is the possibility of settlement in this case. Plaintiff wishes to withdraw the aforementioned motion at this time, in good faith, while conducting such settlement negotiations.

Respectfully submitted this 6th day of July, 2011.

Sonja Hahnel, Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Motion to Withdraw Motion for Entry of Default Judgment under Rule 55(b) Filed July 6, 2011 was mailed to by first class mail, postage prepaid, on July 6, 2011 to Co-Defendants' counsel, and to the following counsels of record:

Counsel for CO-DEFENDANTS, GMAC, INC. AND ALLY FINANCIAL, INC.
Patrick J. Rosenberger, Esq.
Shimkus, Murphy and Rosenberger, Inc.
382 New Britain Avenue
Hartford, CT  06106-3899

Counsels for DEFENDANT, SHECHTMAN HALPERIN SAVAGE, LLP
Elizabeth M. Cristofaro, Esq.  and
Sandra S. Kuwaye, Esq.
Goldberg Segalla, LLP
100 Pearl Street, 7th Floor
Hartford, CT  06103

Counsel for CO-DEFENDANT, SYNERGETIC COMMUNICATIONS, INC.
Michael J. Dugan, Esq.
Litchfield Cavo, LLP
40 Tower Lane, Suite 200
Avon, CT  06001

On July 6th 2011.

Sonja Hahnel
24 Rose Street
Baltic, CT  06330
(860) 949-8194 fax
(860) 319-7626