IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2011 JUL 12 P 1: 22

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| Sonja Hahnel | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| SHECHTMAN HALPERIN SAVAGE, | ) | Case No: 3:11 CV 00825 (CFD) |
| LLP, et al. | ) | |
| Defendants | ) | Trial By Jury Demanded |
| | ) | |

July 11, 2011

## MEMORANDUM OF PENDING SETTLEMENT

Plaintiff and Defendants/Co-Defendants have reached a verbal amicable settlement agreement as of July 8, 2011. Upon completion of the written settlement, Plaintiff will file a stipulation of dismissal to dismiss with prejudice all defendants and co-defendants, within approximately two weeks.

Respectfully submitted this 11th day of July, 2011.

_____
Sonja Hahnel, Plaintiff
24 Rose Street
Baltic, CT   06330
(860) 949-8194
(860) 319-7626

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum of Pending Settlement was mailed to by first class mail, postage prepaid, on July 11, 2011 to Co-Defendants' counsel, and to the following counsels of record:

Counsel for CO-DEFENDANTS, GMAC, INC. AND ALLY FINANCIAL, INC.
Patrick J. Rosenberger, Esq.
Shimkus, Murphy and Rosenberger, Inc.
382 New Britain Avenue
Hartford, CT  06106-3899

Counsels for DEFENDANT, SHECHTMAN HALPERIN SAVAGE, LLP
Elizabeth M. Cristofaro, Esq.  and
Sandra S. Kuwaye, Esq.
Goldberg Segalla, LLP
100 Pearl Street, 7th Floor
Hartford, CT  06103

Counsel for CO-DEFENDANT, SYNERGETIC COMMUNICATIONS, INC.
Michael J. Dugan, Esq.
Litchfield Cavo, LLP
40 Tower Lane, Suite 200
Avon, CT  06001

On July 11th 2011.

Sonja Hahnel
24 Rose Street
Baltic, CT  06330
(860) 949-8194 fax
(860) 319-7626